IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. SENSTAD, | No. 2:23-CV-2930-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

A review of the docket reflects that all parties have not notified the Court regarding consent to proceed before a Magistrate Judge. Pursuant to the Court's scheduling order and Eastern District of California Local Rules, Appendix A, the time to do so has now expired. Any party who has not already notified the Court regarding their position with regard to consent, shall do so within 30 days of the date of this order or show cause why sanctions should not be imposed. The Clerk of the Court is directed to serve on all parties a copy of the Court's form entitled "Consent to Assignment or Request for Reassignment."

/ / /

/ / /

1

1         The filing of a consent election form within the time provided herein shall
2 constitute an adequate response to this order to show cause, which will be discharged upon such
3 filing.
4         IT IS SO ORDERED.

6 Dated: May 7, 2024

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE